Michael D. Rawlins (SBN 5467)
**Michael D. Rawlins, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: (702) 832-1670
Facsimile: (702) 979-3723
Email: michael@rawlins.law

Stephen D. Palley (*pro hac vice*)
Daniel J. Healy (*pro hac vice*)
John G. Doyle (*pro hac vice*)
**Brown Rudnick LLP**
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
Email: spalley@brownrudnick.com
Email: dhealy@brownrudnick.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>   v.<br><br>MILWAUKEE INSTRUMENTS, INC.,<br><br>            Defendant. | Case No. 2:23-cv-01363-JCM-BNW<br><br>**STIPULATION AND ORDER TO STAY** |

     Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, and The Ohio Casualty Insurance Company ("Plaintiffs") and Defendant Milwaukee Instruments, Inc. ("Defendant") (collectively with Plaintiffs, the

"Parties") stipulate as follows:

1. On November 17, 2023, Defendant filed a Motion to Dismiss or, Alternatively, to Stay the Case (ECF 6).

2. On January 16, 2024, Defendant filed a Motion to Stay Case or Discovery (ECF 22),

3. On January 25, 2024, the Court entered a Minute Order staying the deadlines for discovery (ECF 25).

4. On March 12, 2024, Plaintiffs filed a Motion for Partial Summary Judgment (ECF 29).

5. The Court set a Motion Hearing for April 30, 2024 on Defendant's Motion to Stay Discovery (ECF 22), which seeks a stay of discovery pending resolution of the Motion to Dismiss or, Alternatively, to Stay the Case (ECF 6).

6. The Parties agree to a stay of discovery until the Defendant's Motion to Dismiss or, Alternatively, to Stay the Case (ECF 6) and Plaintiffs' Motion for Partial Summary Judgment (ECF 29) are resolved, at which time the parties and the Court may revisit whether a further stay is appropriate.

7. This stipulation alleviates the need for a decision on the Defendant's Motion to Stay Discovery (ECF 22) at this time.

////

////

////

////

////

8. The Parties respectfully request that this Court issue an Order implementing this stipulation, under its inherent authority to manage its docket.

So stipulated and respectfully submitted this 29th day of April, 2024.

By: /s/ *Daniel Heidtke*
    Daniel B. Heidtke (SBN 12975)
    Duane Morris LLP
    100 N. City Parkway, Suite 1560
    Las Vegas, NV 89106
    Telephone: (415) 957-3179
    Email: dcanderson@duanemorris.com
    Email: dbheidtke@duanemorris.com
    *Attorneys for Plaintiffs*

By: /s/ *Michael Rawlins*
    Michael D. Rawlins (SBN 5467)
    3271 E. Warm Springs Rd.
    Las Vegas, NV 89120
    Telephone: (702) 832-1670
    Email: michael@rawlins.law

    Stephen D. Palley (*pro hac vice*)
    Daniel J. Healy (*pro hac vice*)
    John G. Doyle (*pro hac vice*)
    Brown Rudnick LLP
    601 Thirteenth Street NW, Suite 600
    Washington, D.C. 20005
    Telephone: (202) 536-1700
    Email: spalley@brownrudnick.com
    Email: dhealy@brownrudnick.com
    *Attorneys for Defendant*

**IT IS FURTHER ORDERED** that the hearing presently scheduled for 4/30/2024 is **VACATED**.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4/29/2024